UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EVELYN CASTANEDA MARTINEZ, JAMIE LINN, MARISA TATUM, PAUL NEUMAN, DAVID BREWER, JR., and WESTON CLARKE,<br>　　*Plaintiffs*<br><br>　　v.<br><br>PERRY'S RESTAURANTS LTD d/b/a PERRY'S STEAKHOUSE AND GRILLE, and CHRISTOPHER V. PERRY, individually,<br>　　*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CASE NO. 1:21-CV-01053-RP-SH |

**O R D E R**

Before the Court are Applicants Matthew William Thomson, Jane Gemiska Farrell, and Harold L. Lichten's Motions for Admission *Pro Hac Vice* (Dkts. 63-65), filed November 9, 2023. On October 16, 2023, the District Court referred all pending and future nondispositive motions in this case to this Magistrate Judge for resolution, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

**IT IS ORDERED** that the Motions for Admission *Pro Hac Vice* (Dkts. 63-65) are **GRANTED**, and Applicants may appear on behalf of Plaintiffs in the above case.

**IT IS FURTHER ORDERED** that the Applicants, if the Applicants have not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

**IT IS FURTHER ORDERED** that Applicants, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicants' *Pro Hac Vice* status shall not become effective until Applicants have complied with all provisions of this Order.

**SIGNED** on November 29, 2023.

                                                                                               _____
                                                                                               SUSAN HIGHTOWER
                                                                                                UNITED STATES MAGISTRATE JUDGE